**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| **LARRY JENKINS,** ) | |
| ) | |
| **Plaintiff,** ) | Case  No. CV 08-03087 AJW |
| ) | |
| **v.** ) | **J U D G M E N T** |
| ) | |
| **MICHAEL J. ASTRUE,** ) | |
| **Commissioner of the Social** ) | |
| **Security Administration,** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

    **IT IS ADJUDGED** that defendant's decision is reversed, and the matter is remanded for an award

of benefits consistent with the memorandum of decision filed concurrently herewith.

May 28, 2009

_____
ANDREW J. WISTRICH
United States Magistrate Judge